G. PATRICK GALLOWAY, ESQ. (State Bar No. 49442)
JOSEPH E. FINKEL, ESQ. (State Bar No. 167397)
GALLOWAY, LUCCHESE, EVERSON & PICCHI
A Professional Corporation
1676 North California Blvd., Suite 500
Walnut Creek, CA 94596-4183
Tel. No. (925) 930-9090
Fax No. (925) 930-9035
E-mail: jfinkel@glattys.com

Attorneys for Defendants
KEVIN MOLANDER, M.D., RONALD CORDOVA, M.D. and JOHN KELSEY, M.D.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ALLEN FARON AND NANCY FARON, | Case No. C066662JL |
| Plaintiffs, | Hon. Saundra B. Armstrong |
| vs. | **STIPULATION AND ORDER TO REMAND ACTION TO HUMBOLDT COUNTY SUPERIOR COURT** |
| ST. JOSEPH HOSPITAL; ST. JOSEPH HEALTH SYSTEM; EUREKA COMMUNITY HEALTH CENTER; KEVIN MOLANDER, M.D.; JOHN KELSEY, M.D.; RONALD CORDOVA, M.D.; and DOES 1 THROUGH 50, inclusive, | **Date Complaint Filed:** July 14, 2006<br>**Trial:** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto, by their respective counsel, that this action shall be remanded to the Superior Court of Humboldt County, State of California, for all further proceedings in this matter.

The basis for this Stipulation and Order to remand this matter is that the dismissal of Eureka Community Health Center by the plaintiffs has eliminated the basis for this Court's removal jurisdiction. The action still being in its early stages with only state law claims remaining, provides the basis for remand. (See, *Carnegie-Mellon Univ. v. Kohill,* (1988) 484 US 343, 349).

\\\

---

1

**C066662JL: STIPULATION TO REMAND ACTION TO HUMBOLDT COUNTY SUPERIOR COURT**

1  THE PARTIES FURTHER stipulate that:

2  Remand to Humboldt County Superior Court is proper because, at the time the matter was removed from state court, the Superior Court of San Francisco had already granted a motion to transfer this action to Humboldt County and all parties are in agreement that Humboldt County is an appropriate venue for further proceedings in this matter.

Plaintiff shall pay any fees associated with this remand, including copying costs of this Court's file to be forwarded to Humboldt County Superior Court, as the ruling on the motion to transfer in the state court required such transfer fees be paid by plaintiff.

Dated: December __, 2006         KENT L. KLAUDT
                                 LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP

                                 By: _____/s/ Kent L. Klaudt_____
                                            KENT L. KLAUDT

                                 *Attorneys for Plaintiffs ALLEN FARON and NANCY FARON*

Dated: December__, 2006          G. PATRICK GALLOWAY
                                 JOSEPH E. FINKEL
                                 GALLOWAY, LUCCHESE, EVERSON & PICCHI

                                 By: _____/s/ Aaron T. Schultz for _____
                                            JOSEPH E. FINKEL

                                 *Attorneys for Defendants RONALD CORDOVA, M.D., JOHN KELSEY, M.D., and KEVIN MOLANDER, M.D.*

Dated: December__, 2006          NANCY K. DELANEY
                                 MITCHELL, BRISSON, DELANDY & VRIEZE

                                 By: _____/s/ Nancy K. Delaney_____
                                            NANCY K. DELANEY

                                 *Attorneys for Defendant ST. JOSEPH HOSPITAL OF EUREKA*

GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

2

**C066662JL: STIPULATION TO REMAND ACTION TO HUMBOLDT COUNTY SUPERIOR COURT**

Dated: December __, 2006       JOHN P. PHILLIPS
                               JASON SONODA
                               PAUL, HASTINGS, JANOFSKY & WALKER LLP


                               By: _____/s/ John P. Phillips_____
                                         JOHN P. PHILLIPS

                               *Attorneys for Defendant ST. JOSEPH HEALTH SYSTEM*


PURSUANT TO STIPULATION, <u>IT IS SO ORDERED</u>.

Dated: December ___13___, 2006

_____
HONORABLE SANDRA BROWN ARMSTRONG, United States District Judge

GALLOWAY, LUCCHESE, EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

3

**C066662JL: STIPULATION TO REMAND ACTION TO HUMBOLDT COUNTY SUPERIOR COURT**